No. 64673.—F. E. Macartney, Inc. *v.* United States, protest 59/6613 (Duluth).

Opinion by MOLLISON, J. At the trial, all of the official papers were offered in evidence, an examination of which disclosed that the merchandise was used as pickets in the manufacture of snow fencing. On the record presented, the claim of the plaintiff was sustained.

No. 64674.—Wolf Tayne *v.* United States, protests 58/3048, 58/3049, and 324601–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of bamboo sticks similar in all material respects to those the subject of Abstract 63989, the claim of the plaintiff was sustained.

No. 64675.—Mitteldorfer Straus, Inc., et al. *v.* United States, protests 330572–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiffs was sustained.